**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BRIAN HOELZLE**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 2:20-cv-00473-KSM** |
| **VENSURE EMPLOYER SERVICES, INC., et al.**, | |
| Defendants. | |

## ORDER

**AND NOW**, this 22nd day of August, 2022, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 46), Defendant's Response to Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 49), and Plaintiff's Reply in Support of Motion for Attorney's Fees and Costs (Doc. No. 50), it is **ORDERED** that Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 46) is **GRANTED in part** and **DENIED in part**.  It is further **ORDERED** that Defendant EmployeeMax Acquisition, LLC shall remit to Plaintiff's counsel **$29,079.50** in attorneys' fees.

An Amended Judgment will follow.

**IT IS SO ORDERED.**

**/s/ *Karen Spencer Marston***
_____
KAREN SPENCER MARSTON, J.